FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 6 - 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07 - CV - 02328 BnB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

STEVEN MICHAEL TULLER,

    Plaintiff,

v.

BILL RITTER, JR.,
ARISTEDES ZAVARAS,
ALLEN F. STANLEY,
LARRY REID,
JOHN STONER,
MS. ATWOOD, and
JOHN SUTHERS,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO SHOW CAUSE**

---

Plaintiff Steven Michael Tuller has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner's Complaint. The Court has reviewed the documents pursuant to D.C.COLO.LCivR 8.2. The clerk of the Court will be directed to commence a civil action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

Mr. Tuller seeks leave to proceed without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 (2006). In relevant part, this statute provides:

> In no event shall a prisoner bring a civil action or
> appeal a judgment in a civil action or proceeding under this

> section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). For the purposes of this analysis, the Court may consider actions or appeals dismissed prior to the enactment of 28 U.S.C. § 1915(g). *Green v. Nottingham*, 90 F.3d 415, 420 (10th Cir. 1996).

Although Mr. Tuller alleges that he is under imminent danger of serious physical injury, he does not support this allegation with facts. A review of this court's records reveals that, while he was a prisoner, Mr. Tuller has, on three or more prior occasions, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted. *See Tuller v. Neal*, No. 95-cv-02396-DBS (D. Colo. Jan. 4, 1996) (dismissed as legally frivolous), *aff'd*, No. 96-1049 (10th Cir. Dec. 19, 1996) (appeal dismissed as legally frivolous), *cert. denied*, 520 U.S. 1232 (U.S. 1997); *see also Tuller v. Neal*, No. 96-cv-00678-DBS (D. Colo. Apr. 5, 1996) (dismissed as legally frivolous), *appeal dismissed*, No. 96-1163 (10th Cir. Jan. 16, 1997); and *Tuller v. Lawrence*, No. 02-cv-02414-ZLW (D. Colo. Feb. 25, 2003) (dismissed as legally frivolous). Therefore, Mr. Tuller will be ordered to show cause why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that any papers which Mr. Tuller files in response to this

order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Tuller show cause in writing **within thirty (30) days from the date of this order** why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915 because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) he fails to establish that he is under imminent danger of serious physical injury. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the response shall be titled, "Response to Order to Show Cause," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, United States Courthouse, 901 Nineteenth Street, A-105, Denver, Colorado 80294. It is

FURTHER ORDERED that, if Plaintiff fails to show cause **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 5th day of November, 2007.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07 - CV - 02328

Steven Michael Tuller
Prisoner No. 76479
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _11-6-07_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk